USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARANEE SARIKAPUTAR, *individually and on behalf of others similarly situated*, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br><br> VERATIP CORP. ET AL., <br><br> Defendants. | 1:17-cv-814 (ALC) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a Joint Status Report on or before **November 25, 2019** indicating whether they are ready to proceed to trial and how long they anticipate the trial will last.

**SO ORDERED.**

Dated:    November 15, 2019
              New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**