**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PARANEE SARIKAPUTAR,** *individually and on behalf of others similarly situated,* **ET AL.,** | |
| **Plaintiffs,** | **1:17-cv-814 (ALC)** |
| -against- | **ORDER** |
| **VERATIP CORP. ET AL.,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letter requesting an adjournment of the Status Conference scheduled for December 19, 2019. The Parties have not complied with the Court's Order for a Joint Status Report to be filed on or before November 25, 2019. ECF No. 115. The Parties are hereby **ORDERED** to submit a Joint Status Report on or before December 19, 2019 indicating whether they are ready to proceed to trial and how long they anticipate the trial will last. Additionally, the Status Conference set for December 19, 2019 is hereby **ADJOURNED** to **January 27, 2020 at 1:00 p.m.**

**SO ORDERED.**

Dated:      December 17, 2019
              New York, New York

_____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**