USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**PARANEE SARIKAPUTAR and PHOUVIENGSONE SYSOUVONG,** *on behalf of themselves and others similarly situated*, **ET AL.**,

                        **Plaintiffs,**

                    -against-

**VERATIP CORP.,** *d/b/a* **ThaiNY, M-Thai, Thai Rice and Tom Yum, ET AL.**,

                        **Defendants.**

------------------------------------------------------------ X

1:17-cv-00814-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiffs' status report filed on November 12, 2020. ECF No. 139. The Court will conduct a telephone status conference in this action on November 23, 2020 at 3:00 p.m. Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:   November 13, 2020
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**