USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/24/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
**PARANEE SARIKAPUTAR** and
**PHOUVIENGSONE SYSOUVONG**, *on behalf of themselves and others similarly situated*, **ET AL.**,

                      **Plaintiffs,**

    -against-

**VERATIP CORP.**, *d/b/a ThaiNY, M-Thai, Thai Rice, Tom Yum*, **ET AL.**,

                      **Defendants.**
-------------------------------------------------------------- x

1:17-CV-00814 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    Defendants failed to appear at the scheduled telephone status conference on November 23, 2020 at 3:00 p.m. ECF No. 140. The Parties are hereby ORDERED to appear at a rescheduled status conference on **December 2, 2020 at 3:30 p.m.** The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: November 24, 2020
       New York, New York

*[signature]*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**