USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/2/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
**PARANEE SARIKAPUTAR** and
**PHOUVIENGSONE SYSOUVONG**, *on behalf of themselves and others similarly situated*, **ET AL.**,

              **Plaintiffs**,

    -against-

**VERATIP CORP.**, *d/b/a ThaiNY, M-Thai, Thai Rice, Tom Yum*, **ET AL.**,

              **Defendants.**
------------------------------------------------------------- x

**1:17-CV-00814 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 2, 2020 at 3:30 P.M., the Court held a telephone status conference with the Parties. The Parties are hereby ORDERED to submit a joint status report by December 11, 2020 providing details regarding how the Parties would like to proceed with the litigation.

**SO ORDERED.**

Dated: December 2, 2020
       New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**