USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/15/2020____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- x
**PARANEE SARIKAPUTAR and** :
**PHOUVIENGSONE SYSOUVONG,** *on behalf of* :
*themselves and others similarly situated*, **ET AL.,** :
:                              **1:17-CV-00814 (ALC)**
**Plaintiffs,** :
:                              **ORDER**
-against- :
:
**VERATIP CORP.,** *d/b/a ThaiNY, M-Thai, Thai Rice,* :
*Tom Yum*, **ET AL.,** :
:
**Defendants.** :
--------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' joint status report filed on December 11, 2020. ECF

No. 143.

Accordingly, the Parties are hereby ORDERED to file a joint status report by no later

than December 22, 2020 advising the Court if they are available for a bench trial the week of

March 1, 2021 and the expected length of trial.

The Parties are also hereby ORDERED to file a joint pretrial order in accordance with

this Court's Individual Practices by no later than January 19, 2021.

**SO ORDERED.**

**Dated:  December 15, 2020**
     **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**