USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/18/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
PARANEE SARIKAPUTAR and                            :
PHOUVIENGSONE SYSOUVONG, *on behalf of*            :
*themselves and others similarly situated*, ET AL., :
                                                   :    1:17-CV-00814 (ALC)
                    **Plaintiffs**,                :
                                                   :    **ORDER**
        -against-                                  :
                                                   :
VERATIP CORP., *d/b/a ThaiNY, M-Thai, Thai Rice,*  :
*Tom Yum*, ET AL.,                                 :
                                                   :
                    **Defendants.**                :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' joint status report filed on December 22, 2020 advising the Court of their availability for a bench trial. ECF No. 145. The Court is also in receipt of the Parties' proposed joint pre-trial order. ECF No. 146. In their joint status report the Parties advised the Court that they expected that the trial would last 5 to 6 days. However, in their proposed joint pre-trial order, Plaintiffs stated that they "estimate[d] that the trial of this matter should take 10 days."

Accordingly, the Parties are hereby ORDERED to file a joint status report by no later than February 25, 2021 addressing the discrepancy. If the parties expect the trial to take longer than 5 to 6 days, the Parties should also provide additional availability for a bench trial in May and June.

**SO ORDERED.**

**Dated:  February 18, 2021**
         **New York, New York**

_____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**