UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/18/21

**PARANEE SARIKAPUTAR,** *individually and on behalf of others similarly situated*, **ET AL.,**

**Plaintiff,**

-against-

**VERATIP CORP. ET AL.,**

**Defendant.**

**17-cv-00814 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **October 22, 2021** indicating the progress of their settlement negotiations and whether they are prepared to proceed to trial.

**SO ORDERED.**

Dated: October 18, 2021
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**