UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PARANEE SARIKAPUTAR,** *individually and on behalf of others similarly situated*, **ET AL.**, <br><br>         **Plaintiffs,** <br><br>      -against- <br><br> **VERATIP CORP. ET AL.,** <br><br>         **Defendants.** | 17-cv-00814 (ALC) <br><br> <u>**ORDER SETTING CONFERENCE**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court will hold a telephonic conference on **Thursday, October 28, 2021 at 12:30PM Eastern Time** in connection with the bench trial scheduled to commence on Monday, November 1, 2021. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated:    October 25, 2021
       New York, New York

                   *[signature]*
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**