UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PARANEE SARIKAPUTAR,** *individually and on behalf of others similarly situated*, **ET AL.**, <br><br> **Plaintiffs,** <br><br> -against- <br><br> **VERATIP CORP. ET AL.,** <br><br> **Defendants.** | 17-cv-00814 (ALC) <br><br> <u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties shall comply with 5(D)(i) ("Additional Submissions in Non-Jury Cases") of Judge Carter's Individual Practices by **Friday, October 29, 2021 at 9:30AM Eastern Time**. The Parties shall deliver courtesy copies to Chambers. The Parties are reminded to review Judge Carter's Individual Practices.

**SO ORDERED.**

Dated:   October 25, 2021
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge