UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/28/2021

**PARANEE SARIKAPUTAR,** *individually and on behalf of others similarly situated*, **ET AL.,**

**Plaintiffs,**

-against-

**VERATIP CORP. ET AL.,**

**Defendants.**

17-cv-00814 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a bench trial in this case beginning **Monday, November 1, 2021 at 9:30AM Eastern Time**. To date, the following Defendants have neither answered nor moved:

| | |
|---|---|
| Veratip Corp. | Chardenpong Oonapanyo |
| Ninety-Nine Plus Corp. | Ah Di |
| Thainy Restaurant LLC | Gift Rakowski |
| 9999 Midtown Corp. | Lucky Charm 6365 Corp. |
| Excellent Dumpling House Inc | Excel Restaurant Group Corp. |
| Thai-to-Go LLC | Adidsuda Chunton |
| Opulent Restaurant Corporation | Prosperity 89 Corp. |
| Lucky DD Corp | Hin Wai Law |
| Perapong Chotimanenophan | |

Defendants are on notice that failure to appear could result in a judgment being entered against them. Plaintiffs are hereby **ORDERED** to serve a copy of this order on the defendants listed above.

**SO ORDERED.**

Dated: October 28, 2021
       New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**