UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PARANEE SARIKAPUTAR,** *individually and on behalf of others similarly situated*, **ET AL.,** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/23/2021 |
| **Plaintiffs,** | 17-cv-00814 (ALC) |
| -against- | **ORDER** |
| **VERATIP CORP. ET AL.,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' letter requesting an extension to file a motion for approval of settlement. The Parties' request is granted *nunc pro tunc*. The Clerk of the Court is respectfully directed to terminate ECF Nos. 180 and 182.

**SO ORDERED.**

Dated:   November 23, 2021
           New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**