**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/16/2023

| |
|---|
| SARIKAPUTAR, ET AL.,<br><br>          **Plaintiffs,**<br><br>     -against-<br><br>**VERATIP CORP., ET AL.**<br><br>         **Defendants.** |

**17-cv-00814 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

The Court will hold a telephonic conference on **March 23, 2023 at 4:00 PM Eastern Time**.

All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   **March 16, 2023**
          **New York, New York**

_____

     **ANDREW L. CARTER, JR.**
     **United States District Judge**