USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARIKAPUTAR, ET AL.,

                Plaintiffs,

-against-

VERATIP CORP., ET AL.

                Defendants.

17-cv-00814 (ALC)

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

    As discussed in the telephonic conference held on March 23, 2023, Plaintiffs are **ORDERED** to move for default judgment as to the remaining non-appearing Defendants on or by **April 6, 2023**. The remaining non-appearing Defendants are **ORDERED** to file their opposition to the Plaintiffs' motion by **April 20, 2023**. **Failure to do so will result in a grant of Plaintiffs' motion for default judgment**.

**SO ORDERED.**

Dated:    March 27, 2023
              New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**