UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paranee Sarikaputar, et al.,

                       Plaintiffs,

-against-

Veratip Corp., et al.,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/25/2024

1:19-cv-11168 (ALC) (SDA)
1:17-cv-00814 (ALC) (SDA) (Related)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference held today to address Case No. 19-CV-11168 (ALC) (SDA) (the "2019 Case"), during which Case No. 17-CV-00814 (ALC) (SDA) (the "2017 Case) also was addressed, for the reasons stated on the record, it is hereby ORDERED that no later than Thursday, May 2, 2024, the parties shall file with the Court:

      1.    A stipulation in the 2019 Case addressing Plaintiffs' anticipated motion for conditional collective certification and any other matters upon which the parties agree.

      2.    A joint letter regarding both the 2019 Case and 2017 Case, which shall address:

          a.    The status of both cases, including the Order to Show Cause (ECF No. 217) in the 2017 Case, dated June 23, 2023;

          b.    Whether both cases should continue separately or in some consolidated manner;

          c.    Any remaining issues ripe for resolution in either the 2019 Case or the 2017 Case; and

        d.    A proposed schedule to bring both the 2019 Case and 2017 Case to conclusion, including a schedule for the completion of discovery. If the parties are unable to agree on a schedule, the parties' respective positions shall be set forth.

**SO ORDERED.**

Dated:    New York, New York
             April 25, 2024

_____
STEWART D. AARON
United States Magistrate Judge