USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARIKAPUTAR, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>VERATIP CORP, *et al.*,<br><br>　　　　　　　　Defendants. | 17-cv-00814 (ALC)<br><br>**ORDER** |

**Andrew L. Carter, Jr., United States District Judge:**

　　On June 23, 2023, the Court issued an Order to Show Cause why an order pursuant to Fed. R. Civ. P. 55 entering default judgment should not issue as against Defendants VERATIP CORP d/b/a ThaiNY d/b/a M-Thai d/b/a Thai Rice d/b/a Tom Yum, THAINY RESTAURANT LLC d/b/a ThaiNY d/b/a M-Thai d/b/a Thai Rice d/b/a Tom Yum, NINETYNINE PLUS CORP d/b/a ThaiNY d/b/a M-Thai d/b/a Thai Rice d/b/a Tom Yum, 9999 MIDTOWN CORP d/b/a ThaiNY d/b/a M-Thai d/b/a Thai Rice d/b/a Tom Yum, PERAPONG CHOTIMANENOPHAN a/k/a Peter Chotimanenophan, and CHARDENPONG OONAPANYO. ECF No. 217. Defaulting Defendants were advised that failure to respond to the Order to Show Cause would be grounds for granting a default judgment in Plaintiff's favor. *Id.* To date, Defaulting Defendants have not responded to the Order to Show Cause or otherwise participated in this action.

Accordingly, having considered the Declaration of John Troy dated and filed June 6, 2023, ECF No. 213, as well as the Summons and Complaint previously filed in this action, and Affidavit of Service thereof, it is hereby **ORDERED** that judgment be entered in Plaintiff's favor against the aforementioned Defaulting Defendant as to liability.

**SO ORDERED.**

Dated: May 14, 2024
     New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**