USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PARANEE SARIKAPUTAR
PHOUVIENGSONE SYSOUVONG
a/k/a Tukta Phouviengsone,
*on their own behalf and on behalf of others similarly situated*
SUPUNNEE SUKASAWETT
VINAI PATAN,
WIPAPORN SITTIDEJ
PEDRO COJ CUMES
PHAISIT SIRIMATRASIT
BOONYARIT PRAPHAI
KAMPHOL KIATWANAKORN
CHAICHANA KITTIRONNAKORNKUL, and
SUPATRA WUNGMARN,
        Plaintiffs,

     v.

VERATIP CORP.
d/b/a ThaiNY
d/b/a M-Thai
d/b/a Thai Rice
d/b/a Tom Yum,
J AKIRA LLC
d/b/a ThaiNY
d/b/a M-Thai
d/b/a Thai Rice
d/b/a Tom Yum,
THAINY RESTAURANT LLC
d/b/a ThaiNY
d/b/a M-Thai
d/b/a Thai Rice
d/b/a Tom Yum,
NINETY-NINE PLUS CORP.
d/b/a ThaiNY
d/b/a M-Thai
d/b/a Thai Rice
d/b/a Tom Yum,
9999 MIDTOWN CORP
d/b/a ThaiNY
d/b/a M-Thai
d/b/a Thai Rice
d/b/a Tom Yum,
PERAPONG CHOTIMANENOPHAN
a/k/a Peter Chotimanenophan,

Case No. 17-cv-00814 (ALC) (SDA)

**DEFAULT JUDGMENT**

Defendants.

------------------------------------------------------------------x

This action was commenced in the Southern District of New York on February 2, 2017 with the filing of the Complaint.

The Summons to the Complaint was issued on February 3, 2017 and Defendants Veratip Corp, J Akira LLC, ThaiNY Restaurant LLC, Ninety-Nine Plus Corp., 9999 Midtown Corp, Perapong Chotimanenophan, Michael P. Bronstein, and Chardenpong Oonapanyo were served on March 16, 2017 with proofs of service filed on March 22, 2017, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. Defendants time to answer or otherwise defend this action expired on April 6, 2017.

Defendants Veratip Corp, ThaiNY Restaurant, Ninety-Nine Plus Corp, 9999 Midtown Corp, Perapong Chotimanenophan, Shue-Lee Cheng Li, and Chardenpong Oonapanyo failed to answer the complaint served on April 6, 2017.

On November 22, 2021, plaintiff requested for a Clerk's Certificate of Default as to Corporate Defendants Veratip Corp, ThaiNY Restaurant, Ninety-Nine Plus Corp, 9999 Midtown Corp, Perapong Chotimanenophan, and Chardenpong Oonapanyo. The court granted Plaintiffs' Clerk's Certificate of Default for Corporate Defendant on April 6, 2023.

Now, on motion of Troy Law, PLLC, attorney for Plaintiffs, it is hereby ORDER, ADJUDGED, and DECREED as follows:

That Plaintiff has judgment jointly and severally against Defendants Corporate Defendants Veratip Corp, ThaiNY Restaurant, Ninety-Nine Plus Corp, 9999 Midtown Corp, Perapong Chotimanenophan, and Chardenpong Oonapanyo in the amount of $1,467,256.59, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y.

C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from June 1, 2016 to entry of judgment, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiffs is entitled to recover $134,634.67 in legal fees and $4,084.78 in costs jointly and severally from Defendants, Veratip Corp, ThaiNY Restaurant, Ninety-Nine Plus Corp, 9999 Midtown Corp, Perapong Chotimanenophan, Shue-Lee Cheng Li, and Chardenpong Oonapanyo.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

IT IS SO ORDERED.

Dated: June_____ __5__, 2024__
       New York, NY

_____
Hon. Andrew L. Carter, U.S.D.J.